USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
KEVIN HUGHES, :
:
Plaintiff, :
:   20-CV-2697 (VEC)
-against- :
:   ORDER
:
LOVE CONQUERS ALL INC., DEBBIE DAVIS, :
MALCOM DAVIS, :
:
Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff filed this lawsuit on March 31, 2020, *see* Dkt. 1;

    WHEREAS Plaintiff filed an affidavit reflecting timely service of a summons and the Complaint on Defendants, *see* Dkt. 5;

    WHEREAS Defendants have failed to appear, answer, or otherwise respond to the Complaint by the June 3, 2020 deadline, *see* Fed. R. Civ. P. 12(a)(1)

    IT IS ORDERED that Plaintiff must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases by not later than **July 24, 2020**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

Date: July 2, 2020                                   **VALERIE CAPRONI**
       New York, NY                                 **United States District Judge**