**MEMO ENDORSED**

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2020

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

July 24, 2020

**Via ECF**

Hon. Valerie E. Caproni, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom 443
New York, NY 10007
Tel: 212-805-6350

<u>Re: Hughes v. Love Conquers All Inc. et al</u>
Case #: 20-CV-02697 (VEC)(KNF)
Motion for Extension of Time

Dear Judge Caproni:

My firm represents plaintiff in the above-referenced action and I respectfully write to request a 45-day extension of the July 24, 2020 deadline for Plaintiff to request an entry of default. This request is being made to give Defendants some additional time to respond in light of the disruptions caused by the COVID-19 virus situation.

We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Kevin Hughes*

---

Application GRANTED.  Plaintiff must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases by not later than **September 8, 2020**, or the case will be dismissed for failure to prosecute.

SO ORDERED.

*[signature: Valerie Caproni]*

7/27/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1