**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2020

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　　　　Web: www.abdulhassan.com

September 8, 2020

**Via ECF**

Hon. Valerie E. Caproni, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom 443
New York, NY 10007
Tel: 212-805-6350

<u>Re: Hughes v. Love Conquers All Inc. et al</u>
Case #: 20-CV-02697 (VEC)(KNF)
**Motion for Extension of Time**

Dear Judge Caproni:

My firm represents plaintiff in the above-referenced action and I respectfully write to request a 45-day extension of the September 8, 2020 deadline for Plaintiff to request an entry of default. This request is being made because some additional time is needed to confer in light of the restrictions created by the Covid-19 virus situation – the additional time will also give Defendants some more time to respond if they choose to.

We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Kevin Hughes*

---

Application DENIED. This case is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

9/9/2020