```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
KEVIN HUGHES,                                                  :
                                                               :
                              Plaintiff,                       :
                                                               :    20-CV-2697 (VEC)
              -against-                                        :
                                                               :    ORDER
                                                               :
                                                               :
LOVE CONQUERS ALL INC., DEBBIE DAVIS,                          :
MALCOM DAVIS,                                                  :
                                                               :
                              Defendants.                      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff filed this lawsuit on March 31, 2020, *see* Dkt. 1;

      WHEREAS Plaintiff's complaint was not verified;

      WHEREAS Plaintiff filed an affidavit reflecting timely service of a summons and the Complaint on Defendants, *see* Dkt. 5;

      WHEREAS Defendants failed to appear, answer, or otherwise respond to the Complaint by the June 3, 2020 deadline, *see* Fed. R. Civ. P. 12(a)(1)

      WHEREAS on October 8, 2020, Plaintiff moved for default judgment (*See* Dkt. 28);

      IT IS ORDERED: No later than **December 1, 2020**, Plaintiff must submit an affidavit swearing to the pertinent facts supporting the claimed amount of damages and subject matter jurisdiction in this Court.

**SO ORDERED.**

Date: November 23, 2020
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**