# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**  MEMO ENDORSED  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

December 1, 2020

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  12/2/2020

**Via ECF**

Hon. Valerie E. Caproni, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom 443
New York, NY 10007
Tel: 212-805-6350

<u>Re: Hughes v. Love Conquers All Inc. et al</u>
   Case #: 20-CV-02697 (VEC)(KNF)
   Motion for Extension of Time

Dear Judge Caproni:

My firm represents plaintiff in the above-referenced action and I respectfully write to request a brief two-week extension of the December 1, 2020 deadline for Plaintiff to submit his declaration/affidavit as per the Court's November 23, 2020 order. The extension is being requires because there were some recent disruptions in Plaintiff's family and living situation – my office was hoping and tried very hard to avoid requesting this extension. No prior request for an extension of this deadline was made.

We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Kevin Hughes*

> Application GRANTED.  Plaintiff's affidavit is due by **December 16, 2020.**

SO ORDERED.

*[signature: Valerie Caproni]*

12/2/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1