USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kevin Hughes,<br><br>　　　　　　　　Plaintiff,<br><br>　　-v-<br><br>Love Conquers All Inc.,<br>Debbie Davis, and<br>Malcolm Davis,<br><br>　　　　　　　　Defendants. | Civil Action #: 20-CV-02697 (VEC)(KNF)<br><br>**DEFAULT JUDGMENT AND ORDER**<br><br>~~(Proposed)~~ |

　　This matter having been commenced by Plaintiff against Defendants Love Conquers All Inc., Debbie Davis, and Malcolm Davis on March 31, 2020 (ECF No. 1), the Court finds as follows:

1. The summons and complaint were duly served on corporate defendant Love Conquers All Inc. through the New York Secretary of State on May 13, 2020 and proof of service was filed on May 27, 2020. (See ECF No. 5).

2. The summons and complaint were duly served on defendant Debbie Davis on June 12, 2020 and proof of service was filed on July 17, 2020. (See ECF No. 7).

3. The summons and complaint were duly served on defendant Malcolm Davis on June 12, 2020 and proof of service was filed on July 17, 2020. (See ECF No. 8)

4. Defendant Love Conquers All Inc. was required to answer or otherwise move by June 3, 2020.

5. Defendants Debbie Davis, and Malcolm Davis were required to answer or otherwise move by July 6, 2020.

6. To date Defendants, has not served or filed an answer to the complaint or filed a notice of appearance in this case.

7. On September 29, 2020 Plaintiff filed a Request to the Clerk of the Court for a Certificate of Default against Defendants. (ECF Nos. 16-18).

8. The Clerk of this Court acknowledged and entered Defendants' default on September 30, 2020. (ECF No. 19-21).

　　**THEREFORE**, it is ORDERED, ADJUDGED, and DECREED: That the Court enter judgment against Defendants and in favor of Plaintiff:

    i.  For total damages in the amount of $94,544.20.

Dated: _____, 2020
       New York, NY

_____
Hon. Valerie E. Caproni, USDJ
United States District Judge

2/1/2021

2